JOHN R. HABASHY, ESQ. (SBN 236708)
TIFFANY N. BUDA, ESQ. (SBN 232679)
**LEXICON LAW PC**
633 W. Fifth St., 28th Floor
Los Angeles, CA  90071
Telephone: 213-233-5900
Fax:  888-373-2107
*john@lexiconlaw.com*
*tiffany@lexiconlaw.com*

Local Counsel for Plaintiff and the Proposed Class

Ryan M. Kelly (pro hac vice to be admitted)
(rkelly@andersonwanca.com)
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368- 1500
Fax: 847-368-1501

Counsel for Plaintiff and the Proposed Class

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. FABRICANT,<br>individually and as the representative<br>of a class of similarly-situated persons,<br><br>                    Plaintiff,<br><br>          v.<br><br>TOP FLITE FINANCIAL, INC., a<br>Michigan corporation,<br><br>                    Defendant. | Case No.: 2:19-cv-07232-PA-JPR<br><br>**PLAINTIFF'S NOTICE OF<br>VOLUNTARY DISMISSAL**<br><br>Judge:  Percy Anderson<br>Complaint Filed:  August 20, 2019 |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

1

2

3
        Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, TERRY D.

4
FABRICANT, through his undersigned attorneys, hereby dismisses this action

5
without prejudice.

6

7
DATED:  August 28, 2019

8
                                **LEXICON LAW PC**

9
                                By:  /s/ John R. Habashy_____

10
                                John R. Habashy

11
                                *Local Attorneys for Plaintiff*

12

13
                                **ANDERSON + WANCA**

                                Ryan M. Kelly (pro hac vice not yet filed)

14

15
                                *Attorneys for Plaintiff*

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL